# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENO DISPOSAL COMPANY, INC., A NEVADA CORPORATION,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE KATHLEEN M. DRAKULICH, DISTRICT JUDGE,
Respondents,
 and
GREEN SOLUTIONS RECYCLING, LLC, A NEVADA LIMITED LIABILITY COMPANY; NEVADA RECYCLING AND SALVAGE, LTD, A NEVADA LIMITED LIABILITY COMPANY; AMCB, LLC, A NEVADA LIMITED LIABILITY COMPANY, D/B/A RUBBISH RUNNERS; AND CITY OF RENO,
Real Parties in Interest.

No. 79383

FILED

SEP 2 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus in a franchise enforcement action. On August 31, 2020, we ordered petitioner Reno Disposal, Inc., to show cause why we should not dismiss its writ petition as moot. Reno Disposal responded and agreed that its petition is moot. In reply, real party in interest City of Reno joined petitioner's response. The time period within which to file a reply as provided in this

20-35764

court's order to show cause has expired and no remaining parties have filed any reply.

We therefore dismiss the petition. *Univ. & Cmty. Coll. Sys. of Nev. v. Nevadans for Sound Gov't*, 120 Nev. 712, 720, 100 P.3d 179, 186 (2004) (recognizing that events following the district court's decision may moot an appeal).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Kathleen M. Drakulich, District Judge
Simons Hall Johnston PC/Reno
Argentum Law
Reno City Attorney
Midtown Reno Law
Washoe District Court Clerk